# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **EDWARD DEAN PASS,** | : | |
| **Plaintiff** | : | |
| v. | : | 5:07-CV-21 (WDO) |
| **NURSE GRIFFIN, et al.,** | : | |
| **Defendants** | : | |

## ORDER

Having carefully considered the Magistrate Judge's Report and Recommendation to dismiss Defendants Medical College of Georgia, Commissioner James Donald, Warden Ross Williams and Deputy Warden Terry Seler, and there being no objection thereto, the Recommendation is ADOPTED and made the order of the Court. The aforementioned defendants are HEREBY DISMISSED and this case shall proceed as set forth in the Recommendation.

**SO ORDERED this 20th day of March, 2007.**

**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**