IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **EDWARD DEAN PASS,** | : | |
| **Plaintiff** | : | |
| v. | : | 5:07-CV-21 (WDO) |
| **VANESSA GRIFFETH,** | : | |
| **Defendant** | : | |

**ORDER**

This matter is before the Court on Plaintiff's motion to reconsider the Magistrate Judge's denial of Plaintiff's request for a return of his filing fees. A motion for reconsideration is not an opportunity for the movant to instruct the court on how it "could have done it better" the first time. <u>Preserve Endangered Areas of Cobb's History v. United States Army Corps of Engineers</u>, 916 F. Supp. 1557, 1560 (N.D. Ga. 1995). Absent the discovery of new evidence, an intervening change in the law or the issuance of binding authority contrary to the court's previous decision, a motion to reconsider is inappropriate. <u>Id.</u> at 1560-61. The fees assessed in this case comport with the applicable statutes, 28 U.S.C. §1914 and §1915. Because Plaintiff provided no legal or factual basis to support his motion to reconsider, the motion is DENIED.

    **SO ORDERED this 29th day of May, 2007.**

    S/
    **WILBUR D. OWENS, JR.**
    **UNITED STATES DISTRICT JUDGE**