IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

EDWARD DEAN PASS,

    Plaintiff

VS.

VANESSA GRIFFETH,

    Defendant

NO. 5:07-CV-21 (WDO)

**PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE**

## O R D E R

Plaintiff EDWARD DEAN PASS has requested this court to provide legal representation for him in the above- captioned proceeding. Tab #25. This is the plaintiff's second such request, the first having been denied in an order dated May 10, 2007. Tabs #17 and #18. The plaintiff is reminded that **no right to counsel exists** in §1983 actions. *Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1985). It is a privilege that is justified only by **exceptional circumstances**. *Lopez v. Reyes*, 692 F.2d 15, 17 (5th Cir. 1982); *Branch v. Cole*, 686 F.2d 264, 266 (5th Cir.1982); *Ulmer v. Chancellor*, 691 F.2d 209 (5th Cir. 1982).

The plaintiff has failed to demonstrate that his rights would be prejudiced if he is not provided a court appointed attorney, and accordingly, his second motion to appoint counsel (Tab #25) is **DENIED**. If and when it becomes apparent that the plaintiff's rights are being prejudiced by not having an attorney, the court will appoint counsel on its own motion!

SO ORDERED, this 11th day of JULY, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE