IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EDWARD DEAN PASS,<br><br>        Plaintiff<br><br>VS.<br><br>VANESSA GRIFFETH,<br><br>        Defendant | NO. 5:07-CV-21 (WDO)<br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

## O R D E R

Plaintiff EDWARD DEAN PASS herein has requested this court to provide legal representation for him in the above-captioned proceeding (Tab #35). This is the plaintiff's **FOURTH** such request. His motion is **DENIED** for the reasons set forth in the court's previous rulings on his motions to appoint counsel and <u>the court will not entertain any subsequent motions to appoint counsel</u>.

Accordingly, plaintiff's motion for appointment of legal counsel (Tab #35) is **DENIED** at this time.

SO ORDERED, this 19th day of DECEMBER, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE